Decision Per Curiam.

Robert Mugge *et al.*, Plaintiffs in Error, vs. Solon B. Turman, Defendant in Error.

IN BANC.

Writ of error to Circuit Court, Hillsborough county; Evelyn C. Maxwell, Judge.

*Macfarlane & Shackleford,* for Plaintiffs in Error.

*Solon B. Turman,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Dismissed on praecipe of counsel for plaintiffs in error.